IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR231 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTHONY P. MILNER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's motion for a Rule 35 hearing (Filing No. 32) is scheduled before the undersigned on **July 8, 2005, at 8:30 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**The Marshal is directed to return the defendant to the district for this hearing.**

DATED this 3rd day of June, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge